No. 72–959. YOUNG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–970. ASSOCIATED CULTURAL CLUBS, INC., ET AL. *v.* MONARCH TRAVEL SERVICES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–971. WARDEN, NEW JERSEY STATE PRISON *v.* MONKS. C. A. 3d Cir. Certiorari denied.

No. 72–973. HICKS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 72–986. WESTERN VENTURES, INC. *v.* DADE DRY-DOCK CORP. C. A. 5th Cir. Certiorari denied.

No. 72–1000. MOORE *v.* HIGHWAY DEPARTMENT OF GEORGIA ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–5596. FINNEGAN *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 72–5685. WHITTAKER *v.* COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 72–5717. HENDRIXSON *v.* LASH, WARDEN. Sup. Ct. Ind. Certiorari denied.

No. 72–5852. ARMES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–5869. GONZALES *v.* UNITED STATES; and
No. 72–5896. VICARS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 467 F. 2d 452.